CATHARINE McGAHEY, as Administratrix of WILLIAM McGAHEY, Deceased, Appellant, *v.* NASSAU ELECTRIC RAILROAD COMPANY, Respondent.

*McGahey* v. *Nassau Electric R. R. Co.*, 51 App. Div. 281, affirmed.
(Argued March 14, 1901; decided April 2, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made May 29, 1900, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and dismissed the complaint.

*Homer R. Scoville, G. O. Hulse* and *L. S. Hulse* for appellant.

*John L. Wells* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.